TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No **00-6201** CR- DIMITROULEA(

8 USC 1326(b)
18 USC 1543

MAGISTRATE JUDGE
SNOW



FILED by D.C.
JUL 2 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| IAN OLIVER GUTHRIE, a/k/a | ) |
| Simon David Arnold Williams, | ) |
| | ) |
| Defendant. | ) |
| _____ | / |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 7, 2000, in Broward County, in the Southern District of Florida, the defendant,

**IAN OLIVER GUTHRIE, a/k/a**
**Simon David Arnold Williams,**

an alien, having been previously deported from the United States to Kingston, Jamaica, on or about January 13, 1997, and having been previously convicted of aggravated felonies, that is second degree murder and assault with intent to murder, knowingly entered and attempted to enter the



United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(b).

### COUNT 2

On or about July 7, 2000, at Broward County, in the Southern District of Florida, the defendant,

**IAN OLIVER GUTHRIE, a/k/a
Simon David Arnold Williams,**

willfully and knowingly used and attempted to use an altered passport of the United Kingdom, in that the defendant presented the said passport to an Inspector of the United States Immigration and Naturalization Service at Fort Lauderdale, Florida, to gain entry into the United States, in violation of Title 18, United States Code, Section 1543.

A TRUE BILL

_Leonard Poth_
FOREPERSON

_Allen O'Connor fr_
GUY A. LEWIS
UNITED STATES ATTORNEY

_Allen O'Connor fr_
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

Ian Oliver Guthrie, a/k/a
Simon David Arnold Williams

**CASE NO.** _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami   ___ Key West
X   FTL     ___ WPB   ___ FTP

New Defendant(s)       Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) NO
   List language and/or dialect  English

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days    X          Petty      ___
   II   6 to 10 days   ___        Minor      ___
   III  11 to 20 days  ___        Misdem.    ___
   IV   21 to 60 days  ___        Felony     X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  July 7, 2000  (INS Detention)
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?  ___ Yes  X  No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami?  ___ Yes  X  No ,

*signature: Thomas P. Lanigan*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500033

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: **Ian Oliver Guthrie, a/k/a Simon David Arnold Williams** Case No.:_____

Count #: **1**

**8 U.S.C. § 1326(b)**
**Reentry of Deported Aggravated Felon Alien**

*Max. Penalty: **Twenty Years' imprisonment and $250,000 fine.**
===============================================================
Count #: **2**

**18 U.S.C. § 1543**
**Improper Use of Another's Passport**

*Max. Penalty: **Ten Years' imprisonment and $250,000 fine.**
===============================================================
Count #:

_____

*Max. Penalty:
===============================================================
Count #:


*Max. Penalty:
===============================================================
Count #:

_____

*Max. Penalty:
===============================================================
    *Refers only to possible term of incarceration, does not
    include possible fines, restitution, special assessments,
    parole terms, or forfeitures that may be applicable.
===============================================================