AO 442 (Rev. 5/93) Warrant for Arrest    S/A Anglea Leer INS    AUSA Tom Lanigan

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

IAN OLIVER GUTHRIE, a/k/a
Simon David Arnold Williams

**WARRANT FOR ARREST**

CASE NUMBER: **00-6201**

CR-DIM_____

MAGISTRATE JUDGE
SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___IAN OLIVER GUTHRIE, a/k/a Simon David Arnold Williams___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly entered and attempted to enter the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States, and willfully and knowingly used and attempted to use an altered passport of the United Kingdom, in that the defendant presented the said passport to an Inspector of the United States Immigration and Naturalization Service at Fort Lauderdale, Florida, to gain entry into the United States,

in violation of Title ___8, 18___ United States Code, Section(s) ___1326(b), 1543___

~~BARRY S. SELTZER~~  CLARENCE MADDOX
Name of Issuing Officer

_[signature]_ Jenny Butler
Signature of Issuing Officer

~~MAGISTRATE JUDGE~~  CLERK OF COURT
Title of Issuing Officer

7-27-2000   FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ ___Pre-trial detention___   by   _[signature]_ Barry Seltzer
U.S. Magistrate Judge
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.