-cr-06201-WPD S. MAGISTRATE JUDGE Entered on FLSD Docket 08/03/2000 P

DEFT: Ian Oliver Guthrie (J)#

CASE NO: 00-6201-CR-Dimitrouleas

AUSA: Tom Lanigan / Bob Nicholson

ATTNY: Bernardo Lopez

AGENT: _____

VIOL: _____

PROCEEDING: Initial Appearance

BOND REC: PTD APD

BOND HEARING HELD - yes/no

COUNSEL APPOINTED: APD

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.

AUG 2 2000

CLARENCE _____
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House
_____ Electronic Monitoring

X Advised of charges

X Sworn for counsel

Reading of Indictment waived
Not Guilty plea entered
_____ remanded
_____ _____ _____ Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| (PTD) BOND HEARING: | 8-9-00 | 9:30am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 8-17-00 | 11:00am | Snow |

DATE: 8-2-00    TIME: 11:00am    TAPE # 00-061    PG #

3362 - 3906
Recalled
00-062
400 - 460