

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6201-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Ian Oliver Guthrie

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  8-2-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: In Custody

Telephone: 

DEFENSE COUNSEL:  Name: FPD

Address: 

Telephone: 

BOND SET/CONTINUED: $ PTD Requested

Bond hearing held: yes____  no  X   Bond hearing set for  8-9-00

Dated this   2   day of   August  , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No.  00-061

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services