UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55412-004

UNITED STATES OF AMERICA )
　　　　　　　　Plaintiff ) Case Number: CR 00-6201-CR DIMITROU
　　　　　　　　　　　　　 ) REPORT COMMENCING CRIMINAL
　　　-vs- 　　　　　　　　) 　　　　　　ACTION
　　　　　　　　　　　　　 )
IAN OLIVER GUTHRIE　　　　)
　　　　　　　　Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office　　MIAMI　　(FT. LAUDERDALE)　　W. PALM BEACH
　　U.S. District Court　　　　(circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
　　　MAGISTRATES COURT ABOVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8-2-00　　　am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: ILLEGAL ENTRY +
　　　　　　　　　　　　POSS- FALSE ALTERED PASSPORT

(4) U.S. Citizen [ ] Yes　[X] No　[ ] Unknown

(5) Date of Birth: 2-16-64

(6) Type of Charging Document: (check one)
　　[X] Indictment　[ ] Complaint　To be filed/Already filed
　　Case# _____

　　[ ] Bench Warrant for Failure to Appear
　　[ ] Probation Violation Warrant
　　[ ] Parole Violation Warrant

　　Originating District: SD/FL

　　COPY OF WARRANT LEFT WITH BOOKING OFFICER　[ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 8-2-00　　(9) Arresting Officer: _____

(10) Agency: USMS　　　　(11) Phone: _____

(12) Comments: _____

