UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6201-CR-DIMITROULEAS

UNITED STATES OF AMERICA

**NIGHT BOX
FILED**

v.

IAN OLIVER GUTHRIE,                                          AUG   8 2000

DEFENDANT,                                          CLARENCE MADDOX
_____/                   CLERK, USDC / SDFL / F.TL.

### GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, in response to the Standing
Discovery Order issued in this case file this response which is
alphabetized and numbered to correspond to that original order and
states as follows:

A.   1.   There are written and recorded statements made by
the defendant.  See attached statement written  by the defendant
and executed  advise of rights form

2.   The defendant made  oral statements after arrest, in
response to interrogation by a then known-to-be government agent,
reports of which are attached, which the government intends to
offer  in  evidence  at  trial.  See  attached  statement  of  the
defendant.

3.   Defendant did not testify before the grand jury.

4.   The defendant does  have a criminal history which is
attached.

5.   Books, papers, documents, photographs, tangible
objects, buildings or places which the government intends to use as
evidence at trial to prove its case in chief, or were obtained from
or belonging to the defendant, include but are not limited to: Air
Jamaica travel documents; United Kingdom Passport in the name of
Simon David Arnold Williams # 025430186, fingerprint card for Ian
Guthrie DOB 2/16/64; Circuit Court for Prince George's county,
Maryland records for the arrest and conviction of Ian Oliver
Guthrie, DOB 2/16/64; forensic document examination report of
Phillip A. Rusk, Senior Document examiner INS, of United Kingdom
passport number 025430186 in the name of Simon David Arnold
Williams; Certificate of Nonexistence of record of permission to
enter for Ian Oliver Guthrie file No. A-29011667.

6.   The results or reports of physical or mental
examinations or scientific tests or experiments made in connection
with this case, if any exist, are ;report of examination conducted
by Phillip A. Rusk, Senior Document Examiner INS, of United Kingdom



passport number 025430186 in the name of Simon David Arnold Williams.

B.    The United States requests the discovery and production of those items described and listed in paragraph B of the Standing Discovery Order, and as provided by Federal Rule of Criminal Procedure 16(b).

C.    The only information or material known to the United States which may be favorable to the defendant on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963) or <u>United States</u> v. <u>Agurs</u>, 427 U.S. 97 (1976) is as follows: none known.

D.    The existence and substance of payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses within the scope of <u>United States</u> v. <u>Giglio</u>, 405 U.S. 150 (1972) and <u>Napue</u> v. <u>Illinois</u>, 360 U.S. 264 (1959) is as follows: none known

E.    None Known

F.    The defendant was not identified in photo spreads or similar identification procedures.

G.    The government agents and officers involved in this case have been advised to preserve all rough notes they may have taken.

H.    The United States will advise the defendant, prior to trial, of its intent to introduce during its case in chief, evidence of other crimes, wrongs or acts as provided by Federal Rule of Evidence 404(b). Any evidence made available for inspection may be offered in the government's case in chief under Federal Rule of Evidence 404(b) or otherwise.

I.    The defendant was not an aggrieved person as defined in Title 18, United States Code, Section 2510(11), that is, the defendant was not a party to any intercepted wire or oral communication or a person against whom the interception was directed.

J.    The United States has ordered transcripts of the grand jury testimony of all witnesses who will testify for the government at the trial of this case. The transcripts will be provided as required by Title 18, United States Code, Section 3500.

K.    There are no controlled substances which are the subject of the indictment in this case.

L.    The United States did not seize or forfeit any automobile, vessel or aircraft allegedly used in the commission of the offenses in this indictment.

M.    Latent fingerprints of the defendant while using the name of Simon David Arnold Williams were recovered in this case and compared with the known prints of Ian Oliver Guthrie, a convicted aggravated felon.   It was determined that they are one and the same person. See attached fingerprint report.

The United States demands, pursuant to Federal Rule of Criminal Procedure 12.1, notice of the defendant's intention to offer a defense of alibi. The approximate date, time and place at which the alleged offense was committed is as follows:

Date:        July 7, 2000

Place        Fort Lauderdale Airport, Broward County, Florida

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY
Court ID # A5500033
500 E. Broward Blvd. Suite 700
Fort Lauderdale, FL 33301
954-356-7255 ext 3590
954-356-7230 fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 8th day of August ,2000 to: Martin Bidwell, AFPD 201 NE 2nd ave, Fort Lauderdale, Florida.

Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/I Angela Lear, INS

United States Department of Justice

Immigration and Naturalization Service

Record of Sworn Statement

Q. Why didn't you try entering the United States today using your real name ?

A.I would need a visa to enter the United States and its difficult to get a visa.

Q.Is there anything else you would like to add to this statement ?

A. No.

United States Department of Justice

Immigration and Naturalization Service

Record of Sworn Statement

Q. What is your nationality?

A. Jamaican.

Q. What is your marital status: single, divorced. married to a USC. married to an LPR, widowed. etc?

A. Single.

Q. Do you have any reason to believe that you are a citizen of the United States?

A. No.

Q. Where do you currently reside?   State your full address and telephone number.

A. 2A DeAguilar Rd. ,Kingston.Jamaica.

Q. How much money do you have with you?

A. I have 317.50  United States currency.

Q. What is your occupation?

A. None.

Q. Where are you currently employed?

A. Not employed.

Q. Have you ever been arrested before, in the US or anywhere?

A. Yes, I was arrested.I did time in Maryland for manslaughter. I was in jail for nine years.

Q. Where were you apprehended today?

Form I-263 (Rev  5-25-65)

Page 2 of 5

GPO 886 569

United States Department of Justice

Immigration and Naturalization Service

Record of Sworn Statement

A. Fort Lauderdale International Airport.

Q. Who was traveling with you.

A. No one.

Q. Were you ever deported from the United States ?

A. Yes.

Q. When were you deported from the United States ?

A. In 1997.

Q.Where were you deported from the United States ?

A. In Maryland.

Q. Do you recall at the time of your deportation that you were told you could not re-enter
   the United States without permission ?

A. No, I was told that after a certain period of time I could re-enter.
Q. Why are you coming to the United States today ?
A. I just wanted a better life.

Q.Where did you get the United Kingdom passport (#025430186) that you attempted to enter the
   the United States with today?

A.A man named Devon Stubbs gave it to me.He arranged to have my picture put in the passport.

Q. Did you realize that the passport that you presented to the inspector in the booth was not yours ?

A.Yes.

I have read (or have had read to me) the foregoing statement, consisting of
___5___ pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement (and the corrections noted on page(s)_____).


Signature: X _____


Sworn and subscribed to before me at _____Ft Lauderdale Int'l Airport_____
_____ on _____July 7, 2000_____ .


_____ T.Reilly. II
Officer, United States Immigration and Naturalization Service


Witnessed by: _____ C.Duchesne. SII·


## RECORD OF SWORN STATEMENT


UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Form I-263A (Rev 11-20-63)

cr-06201-WPD   Document 13    Entered on FLSD Docket 08/09/2000    P

```
NAME- LAST GUTHRIE                                    PHYSICAL IDENTIFIERS
FIRST IAN              MID OLIVER              RACE   SEX   HAIR     EYES
   IMAGE _      ALIAS _ NICKNAME _   STC _     HT 000 000 WT 000 000 ENGLSH
PERSONAL-                                      S/M/T                    MORE _
 DOE 02161964  POB- CNTRY JM ST   CITY                        CTZN      MORE _
 SSN          MORE _ AFN         MORE _ RES    EXC/SITE CA1  KNG  MORE _
 FPN              TYPE  CNTRY   ISSDT          EXPDT                    MORE _
ADDRESS- DATE       STREET                                APT
 CITY                         STATE   CNTRY   ZIP      TYPE     MORE _
CONTACT- STATE DEPT, CLASS SYSTEM             PHONE    2026631917
 OWNER          AVLOS TAPE-INTERFACE    CASE NBR                       MORE _
PRIMARY 4  REFER TO INS SECONDARY     START        STOP        QRY NTFY 0
STATUS S7 STATE DEPARTMENT EXCLUDABLE - FROM CLASS CAT
REMARKS- DATE 032297                                            MORE M _
SEE DOS CLASS SYSTEM RECORD DPT199703220016882600 FOR MORE INFORMATION.
CONVICTED OF A CRIME INVOLVING MORAL TURPITUDE
CONTACT KINGSTON AT TEL# 809-926-5679.
NO SUB-RECORDS

(F1/F2=HELP)(F3=MENU)(F4=HITLIST)(F8=NEXT PAGE)(F9=VIEW ACCESS)(F11=DISCLOSURE)
* 1 NCIC RESPONSES; <F12>=CK NCIC*   (F14/15=LINKLIST)(F16=PRINT)(F17=HOMEREC)
```

cr-06201-WPD P18Document 13   Entered on FLSD Docket 08/09/2000   P

```
NAME- LAST GUTHRIE                                    PHYSICAL IDENTIFIERS
FIRST IAN OLIVER          MID                    RACE   SEX M HAIR    EYES
    IMAGE _        ALIAS M NICKNAME _   STC _    HT 000    WT 000     ENGLSH
PERSONAL-                                        S/M/T                  MORE  _
  DOB 02161964   POB- CNTRY   ST   CITY                         CTZN MX MORE  _
  SSN          MORE _ AFN 029011667 MORE _ RES      EXC/SITE 2A1   BAL  MORE M_
  PFN               TYPE   CNTRY   ISSDT         EXPDT                  MORE  _
ADDRESS- DATE          STREET                                APT
  CITY                            STATE   CNTRY   ZIP     TYPE          MORE  _
CONTACT- INFORMATION SEE DACS FOR MORE            PHONE 0000000000
  OWNER         ROBERT W NEIGHBORS         CASE NBR                     MORE  _
PRIMARY 4  REFER TO INS SECONDARY    START      STOP          QRY NTFY 0
  STATUS SA INS LOOKOUT - ALIEN              CAT
REMARKS- DATE 062197                                                   MORE  _
SEE INS NAILS SYSTEM RECORD GUT02166401 FOR MORE INFORMATION.
CONVICTED OF A CRIME INVOLVING MORAL TURPITUDE.

NO SUB-RECORDS

(F1/F2=HELP)(F3=MENU)(F4=HITLIST)(F8=NEXT PAGE)(F9=VIEW ACCESS)(F11=DISCLOSURE)
* 1 NCIC RESPONSES; <F12>=CK NCIC*   (F14/15=LINKLIST)(F16=PRINT)(F17=HOMEREC)
```

LAST: GUTHRIE                              FIRST: IAN OLIVER
AGNY: I                                    REC #: GUT02166401    DOB: 02/16/1964
ALL COMMENTS:
CONVICTED: 04/23/1990 HOMICIDE
COUNTRY OF BIRTH: JAMAI
DATE OF ENTRY INTO THE COUNTRY: 11/01/1980
PORT OF ENTRY INTO THE COUNTRY: NYC
DATE DEPARTED FROM US: 01/13/1997
PORT DEPARTED FROM: BAL
COUNTRY DEPORTED TO: JAMAI
FINAL CHARGE CODE: D2A3  - YYSEC 241(A)(2)(A)(3)IMM & NAT AC
CLASS OF ENTRY: IM
EXPENSE DESCRIPTION: INS
DATE CASE WAS CLOSED: 01/29/1997
SUBJECT COMING INTO SERVICE CUSTODY IN NOV. 1996.
1/10/97 E&B TO CATON          |


PF1-FWD    PF2-BACK    PF4-RETURN    PF7-MESSAGE    PF11-TABLES    CLR-EXIT
LAST ENTRY

*****************************************************************************

MKE/DEPORTED FELON
ORI/USINS00J4 NAM/GUTHRIE, IAN OLIVER SEX/M RAC/B POB/JM DOB/19640216
HGT/507 WGT/145 EYE/BRO HAI/BLK FBI/383280JA8 SKN/DRK SMT/SC L EYE
FPC/1811090708150403PM05 MNU/AR-29011667
CLN/G360326660123 OLS/MD OLY/1997
OFF/SUBJECT IS A DEPORTED
OCA/A29011667
MIS/BAL - DATE OF DEPORTATION 011397 - DEPORTATION CHARGE D2A3
ORI IS US IMMIGRATION HEADQUARTERS WASHINGTON DC US 202 616-5000
AKA/GUTHRIE,IAN
NIC/N017796550 DTE/19970805 0000 EDT
*****  THIS RECORD MAY ONLY BE USED BY CRIMINAL JUSTICE AGENCIES FOR
CRIMINAL JUSTICE PURPOSES.


(F1/F2=HELP) (F3=MAIN MENU) (F4=PREV MENU) (F7=PREV SCREEN) (F9=NEXT SCREEN)

# CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

**Located at** MAIN STREET, UPPER MARLBORO, MARYLAND  Zip Code 20772  Telephone 952-3344

State of Maryland
vs.

| | |
|---|---|
| Case No(s). | CT882531X |
| Tracking No. | 661983E0 |

Defendant IAN OLIVER GUTHRIE  DOB 2-16-64

Date Sentence Imposed  5-13-92 amended
17-I-92 reconsideration
4-23-90 original

## AMENDED    COMMITMENT RECORD

TO: [XX] Commissioner of Correction  [ ] Warden/Sheriff of _____ Jail/Detention Center

YOU ARE DIRECTED to receive the above named Defendant who has been sentenced and is hereby committed to your custody by JUDGE  CASULA    The Defendant has been found guilty as to:

| Case/Count/Offense No. | COUNT 1 | Charge | SECOND DEGREE MURDER OF CARLTON BANKS | Art. | Sec. |
|---|---|---|---|---|---|
| **Sentence** 30 years all but15 years suspended | | [ ] Concurrent with | [ ] Consecutive to Case/Count/Offense No. | | |

| Case/Count/Offense No. | COUNT 2 | Charge | ASSAULT WITH INTENT TO MURDER MARLIN MOORE | Art. | Sec. |
|---|---|---|---|---|---|
| **Sentence** 15 years | | [XXX] Concurrent with | [ ] Consecutive to Case/Count/Offense No. COURT 1 | | |

| Case/Count/Offense No. | | Charge | | Art. | Sec. |
|---|---|---|---|---|---|
| **Sentence** | | [ ] Concurrent with | [ ] Consecutive to Case/Count/Offense No. | | |

**SPLIT SENTENCE**  All but **15 years** is/are suspended and the Defendant is placed on probation for a period of 5 years commencing upon release of Defendant from incarceration, either by means of mandatory release or parole, whichever occurs first. A copy of the Order for Probation is attached.

The total time to be served is **15 years** and shall (complete either A or B):

**A.** begin on 8-11-88  including  620  days credit for time served before sentencing (Art. 27, §638C)
and is to run concurrently with the sentence imposed in Case No. _____ and any other outstanding or unserved sentence.

**B.** run consecutively to the sentence imposed in Case No. _____ and to any other outstanding or unserved sentence and Defendant is to be given _____ days credit for time served before sentencing.

**ADDITIONAL SENTENCING INFORMATION:**

(DE)

**FILED**

MAY 13 1992

CLERK OF ... COURT
... PRINCE GEORGE'S ...

[ ] Commitment is for execution of previously suspended sentence after Defendant was found in violation of probation.
[ ] Sentencing modification. This commitment supersedes commitment issued on: _____

**ATTACHMENTS HERETO INCLUDE:** [ ] Additional Sentence(s);  [ ] Order for Probation;  [ ] Conditions of Parole;
[ ] Order for Reimbursement of Public Defender;  [ ] Other:

TRULY taken from the record of this Court.
WITNESS my Hand and the Seal of said Court this date:   [ ] Appeal Bond set at $ _____

| 5-13-92 | bsw | _____ |
|---|---|---|

Clerk of Court / Judge

er-GCL#20 (Revised 6/89)

LATENT FINGERPRINT REPORT

Lab Number: 00-14270

Date: 1/11/0

Page ___ of ___

Complete by printing or typing first two lines of form and area left of double vertical line.

OTHER AGENCY CASE NUMBER: A5I-017-667

AGENCY: USINS

OFFENSE: Roenthu

CASE NO:BSO

ZONE:

LOCATION OF OFFENSE:

| | Location Interior Exterior | OV Value M6 | Ov Value | Prints Finger Palm | LATENT ANALYSIS (LATENT EXAMINER'S USE ONLY) | RECEIVED BY: | DATE: |

PHOTOS/LIFTS OBTAINED FROM

Standards taken 7/11/00 of Ian Guthrie
recovered (placed identification 11/3/97
(7 lifts for Identification)

Please compare Ryan Owen
Print from I-305 with Ryan
Owen on I-249 for Ian Guthrie

| SUSPECTS | DOB | Yes | Identified No | Card Number | IDENTIFICATION EFFECTED | Fingerprint Standards by | Date Obtained |
| GUTHRIE IAN | 3/16/64 | ✓ | | | IDENTIFIED RIGHT INDEX FINGER | INS | 7/7/00 |

PRINT
SIGN

Evidence Processed by:
DATE
CCN

ELIMINATION PRINTS

| Name: | Prints Attached | DOB | Yes | Identified No | Card Number | LATENT ANALYSIS (LATENT EXAMINER'S USE ONLY) | | CCN |

PRINT
SIGN
Evaluated By:

Investigating Detective:
Angela Lewis
Business Telephone: 954-356-7100

DATE 7/11/0

Remarks:

Latent Examiner's Name: John P. Lazzaro

Verified by: _____ AFIS Entry ☐Yes ☑No  Need Elimination Prints ☐Yes

CCN: 4087  Date: 7/13/00

07/20/2000 13:29  9543567948  REV FL INS  PAGE 04

U.S. Department of Justice

Immigration and Naturalization Service

## Certificate of Nonexistence of Record

CO 103.5-C

*July 18, 2000*

I, *Ruth E. Jones,* certify to the following:

That I am *the Chief* in the Records Services Branch, Office of Records, Headquarters, of the Immigration and Naturalization Service, United States Department of Justice, and by virtue of the authority contained in Section 290(d) of the Immigration and Nationality Act and 8 CFR 103.7(d)(4), I am authorized to certify the nonexistence in the records of the Service of an official file, document, or records pertaining to a specified persons or subjects.

2. That the Immigration and Naturalization Service maintains centralized records relating to immigrant aliens who entered the United States on or after June 30, 1924, to nonimmigrant aliens who entered on or after June 30, 1948, and a centralized index of all persons naturalized on or after September 27, 1906.

3. That after a diligent search no evidence is found to exist in the records of the Immigration and Naturalization Service *of the granting of permission for admission into the United States after deportation or exclusion relating to* File No. A-29 011 667, Ian Oliver Guthrie, also known as Simon Williams, born February 16, 1964, in Jamaica.

RUTH E. JONES
Chief
Records Services Branch

FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
CLARKSBURG, WV



DATE: July 7, 2000

TO: USINS
FT LAUDERDALE, FL

ATTN: REILLY

FROM:     DCFBIWAD2
          FBI
          SPECIAL PROCESSING CENTER - MODULE C-2
          1000 CUSTER HOLLOW ROAD
          CLARKSBURG, WV 26306

PHONE:    304-625-5584 (24 HOUR  - VOICE)
          304-625-5587 (24 HOUR  - AUTO FAX)

SUBJECT: WILLIAMS, SIMON

YOUR CASE #:

DATE PRINTS SUBMITTED: 07/07/2000

     The fingerprints you submitted on the above subject are
identical with:   GUTHRIE, IAN OLIVER
                  FBI#383 280 JA8

     This subject's criminal history is available in and must be
obtained through the NCIC Interstate Identification Index (III).

AUTHORIZATION:   DRL/AAF

### CONFIDENTIALITY NOTICE

This facsimile transmission may contain confidential information belonging to the sender which is protected by law. The information is intended only for the use of the recipient named above. if you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any actions in reliance on the contents of this transmission is strictly prohibited.

United States Department of Justice
Immigration and Naturalization Service

Record of Sworn Statement

| | | | | |
|---|---|---|---|---|
| Date: July 7, 2000 | Before: | | Thomas Reilly. II | |

| | | | | |
|---|---|---|---|---|
| Office: | Ft Lauderdale Int'l Airport | | File No:  A# 29 011 667 | |

Statement By:      Ian O GUTHRIE

In the _____ English _____ language. Interpreter _____ none _____ used.

I am an officer of the United States Immigration and Naturalization Service. authorized
by law to administer oaths and take testimony in connection with the enforcement of the
Immigration and Nationality laws of the United States of America. I desire to take your
sworn statement regarding your application for admission into the United States.

Any statement you make must be given freely and voluntarily and may be used against
you. or any other person in Immigration and Naturalization Service Proceedings.

Q. Are you willing to answer my questions at this time?

A. Yes.

Q. Do you swear or affirm that all the statements you are about to make will be the truth.
the whole truth, and nothing but the truth?

A. Yes.

Q. What is your full, true and correct name?

A. Ian Oliver Guthrie.

Q. When and where were you born?

A. February 16, 1964. Kingston, Jamaica



GUTHRIE,

Ian

WILLIAMS,
Simon

7-7-00

FLINSNM00
USINS
MIAMI, FL

O

M   B:   1'-0"   150   Br:   Br:   2   16   64
Jamaica



**U.S. Department of Justice**

Immigration and Naturalization Service

*Intelligence Division*
*Forensic Document Laboratory*

*8000 Westpark Drive - Suite 325*
*McLean, VA 22102*
*Tel: (703) 285-2482   FAX: (703) 285-2208*

July 27, 2000
HQ 739.6
FDL #00-03756-D

Angela Lear, SRI
U.S. Immigration & Naturalization Service
1800 Eller Drive, Suite 402
Ft. Lauderdale, Florida 33316
(954) 356-7790

REF: A29 011 667

**EXHIBIT 1**: United Kingdom of Great Britain and Northern Ireland passport number 025430186 in the name SIMON DAVID ARNOLD WILLIAMS.

**FINDINGS:**

**Microscopic, instrumental, and comparative examinations have revealed that the original issuance photograph has been removed and replaced with the photograph now appearing on the bio/data page (inside back cover) of Exhibit 1.** Physical evidence of this photo-substitution includes "cut marks" made during the removal of the original photograph, compromised security printing overlapping the photo and page surface, and a second laminate over the entire bio/data page.

**REMARKS:**

In the event testimony in support of the above findings is required, the laboratory should receive notification along with the return of the evidence at least ten working days before the scheduled trial in order to complete photographic court charts and resolve any possible conflict with other pending court commitments. The exhibit was delivered to INS/FDL on July 13, 2000 by FedEx No. 813467721114 and will be returned to requester by Federal Express.

Philip A. Rusk

Philip A. Rusk
Senior Forensic Document Examiner

r-06201-WPD    Document 13    Entered on FLSD Docket 08/09/2000    Pa

A#: 029011667 NAME: GUTHRIE          , IAN          DOB: 02161964

```
    LAST: GUTHRIE
   FIRST: IAN                                    NATZ DATE:
  MIDDLE: OLIVER                                      COURT:
 ALIASES:                                          LOCATION:

 SEX: M      POE: NYC   COB: JAMAI   DOE: 11001960
 FCO: NRC   COA: DEP   COC:          FTC: 04032000   FATHER:
PFCO: BAL  SFCO:       DFO: 04271990  BIN:           MOTHER:

       SSN:                      CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #:                                           DACS-X  NAIL-X  VIOL-X
PASSPORT #:
     FEI #:
DRIVER LIC:
FINGER CD#:                    |

     CLEAR EXIT      PF4 RETURN      PF5 HELP      PF6 CIS MAIN MENU
  PF7 NEXT SEARCH    PF8 VIEW HISTORY PF9 VIEW EAD  PF10 NAILS    PF11 EOIR
PF10 REQUIRES A SPECIAL SECURITY CLASS.
```

**airJamaica**

AIRLINE | SPECIAL INFORMATION
AIR JAMAICA

FLIGHT | DATE | TO | CLASS | SERVICE INFORMATION
JM0089 | 07JUL | FLL | F

NAME | SEAT NR | 1ST  CLUB  ECON
WILLIAMS S | 1C | 1C

JM0089 07JUL FLL

**Boarding Pass**

## IMPORTANT – INTERNATIONAL RESERVATIONS MUST BE RECONFIRMED

If the length of time between flights of your international journey is more than 72 hours at any point, you must reconfirm your intention of using your continuing or return reservation.

To do so, please inform the airline office at the city where you intend to resume your journey at least 72 hours before departure of your flight.

If your journey is wholly within Europe, this notice does not apply to you

### FAILURE TO RECONFIRM WILL RESULT IN THE CANCELLATION OF YOUR RESERVATION(S).

### NOTICE OF BAGGAGE LIABILITY LIMITATIONS

Liability for loss, delay or damage to baggage is limited as follows unless a higher value is declared and an extra charge is paid: (1) For most international travel, (including domestic portions of international journeys) to approximately U.S. $9.07 per pound for checked baggage and U.S. $400.00 per passenger for unchecked baggage; (2) For travel wholly between U.S. points, to U.S. $1,250.00 per passenger on most carriers.

In addition AIR JAMAICA will not accept liability or claims for damage or loss to the following items listed below, if such items form a part of checked baggage.

Cash in any currency, Jewellery, Cameras, Fragile articles, Medicinal Preparations, Foodstuff and Meatkind in any form, Architectural or engineering plans or diagrams, Titles and deeds, Negotiable bonds and securities, Business documents or samples.

4  201 4449262226  5  II

**Court of Special Appeals**

CT882531X

No.    749, September Term, 1990

Ian Oliver Guthrie
   vs.
State of Maryland

DISPOSITION OF APPEAL IN COURT OF SPECIAL APPEALS:
    February 19, 1991: Per Curiam.  Judgment
    affirmed; appellant to pay the costs.

**FILED**

    March 21, 1991:  Mandate issued.

OCT 28 1992

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

RECORD RETURNED TO CLERK OF CIRCUIT COURT FOR:
PRINCE GEORGE'S COUNTY
UPPER MARLBORO, MD  20870   DATE:  3/21/92

BY: HAND DELIVERED

REMARKS:

Leslie D. Gradet

Court of Special Appeals

No.    749, September Term, 1990

Ian Oliver Guthrie
    vs.
State of Maryland

JUDGMENT: February 19, 1991:  Per Curiam.  Judgment
         affirmed; appellant to pay the costs.

         March 21, 1991:  Mandate issued.

STATEMENT OF COSTS:

    In Circuit Court: for PRINCE GEORGE'S COUNTY
                      CT882531

    Record...................................    50.00
    Stenographer Costs.......................   757.50
                              * Total *   807.50 *

*STATE OF MARYLAND, Sct:*

*I do hereby certify that the foregoing is truly taken from the records and proceedings of the said Court of Special Appeals. In testimony whereof, I have hereunto set my hand as Clerk and affixed the seal of the Court of Special Appeals. This twenty-first day of* March        *A.D. 19* 91

Leslie D. Smith
*Clerk of the Court of Special Appeals*

COSTS SHOWN ON THIS MANDATE ARE TO BE SETTLED BETWEEN COUNSEL AND <u>NOT THROUGH THIS OFFICE.</u>

*STATE OF MARYLAND, Prince George's County, to wit:*     C [ S92591 ]

*The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **IAN OLIVER GUTHRIE** late of Prince George's County, aforesaid, on or about the 29th day of July, nineteen hundred and eighty eight, at Prince George's County aforesaid, feloniously, wilfully and of his deliberately premeditated malice aforethought, did kill and murder Carlton Alexander Banks, Jr., in violation of the Common Law of Maryland, and against the peace, government and dignity of the State.*

### SECOND COUNT

*The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **IAN OLIVER GUTHRIE** late of Prince George's County, aforesaid, on or about the 29th day of July, nineteen hundred and eighty eight, at Prince George's County aforesaid, unlawfully and feloniously did make an assault upon Marlin Edward Moore, with the intent then and there, of his premeditated malice aforethought, to murder the said Marlin Edward Moore, in violation of Article 27, Section 12 of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State.*

### THIRD COUNT

*The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **IAN OLIVER GUTHRIE** late of Prince George's County, aforesaid, on or about the 29th day of July, nineteen hundred and eighty eight, at Prince George's County, aforesaid, did unlawfully, wilfully and of his deliberately premeditated malice aforethought, attempt to kill and murder Marlin Edward Moore, in violation of the Common Law of Maryland, and against the peace, government and dignity of the State.*

### FOURTH COUNT

*The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **IAN OLIVER GUTHRIE** late of Prince George's County, aforesaid, on or about the 29th day of July, nineteen hundred and eighty eight, in Prince George's County aforesaid, did unlawfully carry a dangerous weapon openly, to wit: a knife, with the intent of injuring a person in an unlawful manner, in violation of Article 27, Section 36 of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State.*

*Margaret Nottingham Nemitz*
*Assistant State's Attorney*
*Prince George's County, Maryland*

DEC 21 198

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY MD

6

*CRIMINAL TRIAL*

OCTOBER                    TERM 1988

STATE OF MARYLAND

vs.

*IAN OLIVER GUTHRIE*
*#2 West 129th Street*
*New York, New York*

INDICTMENT

TRUE BILL

_____ , *Foreman*

DEC 2 0 1988

*Filed:* _____ , *1988*

**Witness:**

*Cpl. Frank Kobilis*

661984E1    murder-      661984E1    Outerie, Ian Oliver
first degree

Fifth-Upper Marlboro                      661984E1

Irvin, Roger Cpl                Outerie, Ian Oliver

Black M 5'7 141 2/16/

PCCPD/CID/ omicide/#557            Black

8005 Cryden Way               60 West 124th Street

Forestville, Maryland 20747     New York, New York

**COMMITMENT / PROBATION**

661984E1             661984E1             661984E1

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF (NAME AND ADDRESS OF APPLICANT)

Cpl. Irvin   8005 Cryden Way, Forestville, Maryland

IT IS FORMALLY CHARGED THAT THE DEFENDANT

| | MDCCS | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| 1 | 2-0900 | | July 29, 1988 | E. Kilmer Street and Kent Village Drive, Prince |

George's County, Maryland ... did feloniously, wilfully, deliberately and

maliciously kill and murder Carlton Alexander Banks Jr.

IN VIOLATION OF

☒ MD ANN CODE ART.   27    SEC   407    ☐ COMMON LAW OF MD.    ☐ PUB LOCAL LAW ART    SEC

☐ COMAR OR AGENCY CODE NO.    ☐ ORDINANCE NO.    AGAINST THE PEACE GOVERNMENT AND DIGNITY OF THE STATE

| | MDCCS | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| 2 | | | | |

IN VIOLATION OF

☐ MD ANN. CODE. ART.    SEC    ☐ COMMON LAW OF MD.    ☐ PUB LOCAL LAW ART    SEC

☐ COMAR OR AGENCY CODE NO    ☐ ORDINANCE NO.    AGAINST THE PEACE GOVERNMENT AND DIGNITY OF THE STATE

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 3A)

| DATE | TIME | JUDICIAL OFFICER AND I.D, NO |
|---|---|---|
| August 2, 1988 | 8:20 p.m. | Harrigan   Harrigan 5-050 |

FORM DC CR 1 (5-87)



## DISTRICT COURT OF MARYLAND FOR...Prince.Georges..County..........
City County

Located at ..Upper. Marlboro,, Maryland....................Case No. *6.6 / 9 5 4 ≥ 1*
Court Address

| COMPLAINANT | | VS | DEFENDANT |
|---|---|---|---|

..Cpl...Roger. Irvin...........................  VS  GUTHRIE,, Ian. Oliver............................
Name          (Print)                          Name          (Print)

..8005. Cryden. Way..............................  ..60. West. 124th. Street.......................
Address        (Number and Street)             Address        (Number and Street)

..Forestville,, Maryland.. 20747.............  New. York,, New. York ...... .212-722-3982....
City, State, and Zip Code          Telephone   City, State, and Zip Code          Telephone

..C.ID/Homicide.................#555.............  CC#..88-211-1212............................
Agency, Sub-Agency, and I.D #     (Officer Only)

DEFENDANT'S DESCRIPTION: Driver's License#....................... ...... ......Sex.$^M$.. Race.$^B$... Ht.5'7"..
Wt...145 lbs ..... Hair..black ....... Eyes.. brown ...... Complexion..light........ DOB: 02-16-64 ....
I.D.......................... Other..FBI .#383280JA8 ..........................................

### APPLICATION FOR STATEMENT OF CHARGES

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above-named Defendant because on or about.. July 29, 1988 at approx. 2230 hours ....
Date
at..E. Kilmer Street and Kent Village Drive, P.G. Co. Md............, the above-named Defendant
Place
became involved in an argument and physical altercation with victim #1 (Carlton Alexander
(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it.)
Banks Jr.). Banks ran from the def., as def. produced a knife. Banks was accompanied by
his friend, Victim #2 Marlin Edward Moore, who was also running from the def.  Def. caught

Banks and stabbed him.  Victim Moore grabbed the def. in an effort to get def. away from
Banks.  At that time the def. stabbed Victim Moore in the left chest area.  Both Victim
Moore and Banks again ran from the def.  The def. caught Banks again and stabbed him
repeatedly.  Victim Moore then obtained assistance from a citizen, who called Fireboard.
Fireboard transported both Victim Moore and Banks to Prince Georges Hospital.  Banks was
(Continued on attached...........pages) (DC CR 1A)

I have read or had read to me and I understand the Notice on the back of this form.
..August .2,.1988 ...............                    ....Cpl..R.L.  Irvin.. #555
Date                                            Complainant's Signature

Subscribe and sworn to before me this .....*2nd*.. /....... day of.. *august*........19 *88*..
Time:. 7..15. P.M. ~~Judge~~ Commissioner .....*Teresa. L. Harujar*....... I.D.. 5050

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information and belief.

.......................................          .....Cpl. R.L. Irvin. #555
Date                                            Officer's Signature

I understand that a charging document has been issued and that I must appear for trial ☐ on.............
Date
at..................., ☐ when notified by the Clerk, at the Court location shown at the top of this form.
Time

.......................................
Applicant's Signature

☐ I declined to issue a charging document because of lack of probable cause.

.......................................          .......................................
Date                                            Commissioner

DC/CR 1 (Rev. 11/85)                    (See Reverse Side)

Defendant's Name...GUTHRIE,..Ian.Oliver...................................... Case No........$66194x4E$

CONTINUATION SHEET

## APPLICATION FOR STATEMENT OF CHARGES/STATEMENT OF PROBABLE CAUSE

...subsequently.pronounced.deceased....Victim.Moore.was.admitted.to.the.hospital.in...........

...serious.condition................................................................................................

...On.8-2-88.a.witness,.Rachel.Green,.was.interviewed.and.advised.that.she.has.known.the....

def. for several weeks.  Witness Green was shown a photo of the defendant and identified

the def. and the black male, who was involved in the altercation with Banks and was

chasing Banks and Victim Moore with a knife.

...August.2,.1988...............................
Date

Cpl. R.L. ˌ̌ˌ̌ˌ̌ #555
Applicant's Signature

**DC/CR 1A** (Rev. 5/85)

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

STATE OF MARYLAND　　　　　　　　　　：

　　　　vs　　　　　　　　　　　　　　：　　C.T. _____

_Ian Glenn Luthui_　　　　　　　　　　：　　C.A. _____

　　　　　　　　　　　　　　　　　　　　　_Filed in Open Court_
　　　　　　　　　　　　　　　　　　　　　_4-23-90_

**ORDER FOR PROBATION**

It is ORDERED, this ___ day _____ 19___, by the Circuit Court for Prince George's County, Maryland, by virtue of the authority conferred upon it by the laws of the State of Maryland, that for the offense of _____

_Ct 1 - 2nd Degree Murder_
_2 - Assault w/ Int To Murder_

( I. ) ☐ the imposition of sentence is suspended and the defendant is released on probation

☑ the execution of the sentence of _Ct 1 · 30 yrs. Ct 2 20 yrs._ is suspended and the defendant is hereby released on probation.  _Ct 2 - 20 yrs. Conc. w/ Ct 1_

☐ (Split Sentence) All but _____ years is/are suspended and the defendant is placed on probation commencing upon release of the defendant from incarceration, either by means of mandatory release or parole, whichever occurs first.

☑ Defendant is credited for time served before sentence of _620_ days.

II. Under ☐ Art. 27 §641 or ☐ Art. 27 §292 of the Annotated Code of Maryland

( III. ) ☑ Under supervision ☐ without supervision of the Maryland Division of Parole and Probation for

　☐ an indeterminate period of time not to exceed _____ years

　☑ a period of _____ 5 years upon release

IV. Effective immediately, the defendant is subject to the following conditions of probation:

1. Report to assigned probation agent as directed and follow his lawful instructions.

2. Work or attend school regularly as directed by the assigned probation agent.

3. Get permission from assigned probation agent before:
   (a) changing address
   (b) changing job
   (c) leaving the State of Maryland
   (d) owning, possessing, using, or having under control any dangerous weapon or firearm of any description

4. Obey all laws. 5. Notify probation agent at once if arrested. 6. Permit probation agent to visit his home.

7. Appear in court when notified to do so.

8. Shall not illegally possess, use or sell any narcotic drug, controlled dangerous substance, or related paraphernalia.

9. Shall pay directly to the Clerk of the Court costs of $ _80.20_ , $15.00 as provided by Art. 26A of the Annotated Code of Maryland, and an appearance fee of $ _25.00_ within _____ days and furnish copy of the receipt to the assigned probation agent.

_Waived_

100

10. Pay fee of $ _____ to Public Defender  ☐ Public Defender fee waived.

11. Shall pay the following:

☐ Fine of $ _____ through  ☐ Adult Restitution Program.

☐ Clerk of the Court within _____ days.

☐ Restitution of $ _____ to _____ in installments
   of $ _____ per month through  ☐ Division of Parole and Probation.
   ☐ Adult Restitution Program to be paid in full within _____ years.

12. Special conditions of probation:

☐ Enter, complete and pay for such counseling, psychiatric or psychological treatment as may be,
   directed by the assigned probation agent.

☐ Enter, complete and pay for such drug or alcohol program as may be directed by assigned probation
   agent.

☐ Other: _____

_____

_____

V. ☑ An alleged violation of any of the provisions of this Order shall be heard before the undersigned judge.

You are to report to the Intake Agent of the Division of Parole and Probation in the Courthouse, Upper
Marlboro, Maryland immediately. Your failure to report as directed could result in your arrest.

_____
                          JUDGE

## ACKNOWLEDGEMENT AND CONSENT OF DEFENDANT

I have read, or have had explained to me, the above conditions of probation. I understand these conditions
and agree to follow them. I understand that if I do not follow these conditions, I could be returned to court
charged with violation of probation. I further understand that if I have been placed on probation pursuant to Arti-
cle 27, §292 or §641, that if I fail to abide by the conditions of probation, the Court could enter a judgment
against me and proceed with disposition as if I had not been placed on probation. I have been notified and
understand that by consenting to and receiving a stay of entry of judgment under Article 27, §292 or §641, that I
waive my right to appeal from a judgment of guilt in this case.

Signed this 23rd day of _April_ , 19 90 .

_____
Witness

_Ian D. Guthrie_      _2-18-64_
Defendant                         DOB

_721 East 25th Street_
Street Address

_Paterson    N.J.    07504_
City          State          Zip

The foregoing conditions of probation were reviewed, in my presence, with my client, the above signed
defendant, who fully understood and agreed to them.

_____
Attorney for Defendant

# CIRCUIT COURT FOR

Located at [illegible] STREET [illegible] MA[illegible] TO, MA[illegible]LAND

| State of Maryland | Case No(s). | [illegible] |
| vs. | Tracking No. | [illegible] |
| Defendant [illegible] | [illegible] | Date Sentence Imposed [illegible] |

## COMMITMENT RECORD

TO: ☐ Commissioner of Correction ☐ Warden/Sheriff of _____ ☐ Jail Detention Center

YOU ARE DIRECTED to receive the above named Defendant who has been sentenced and is hereby committed
to your custody by JUDGE [illegible]    The Defendant has been found guilty as to:

| Case Count/ Offense No. | CT 1 | Charge | SECOND DEGREE MURDER | Art. | Sec |
| Sentence | 30 years ALL [illegible] | YEARS SUSPENDED ☐ Concurrent with ☐ Consecutive to Case Count Offense No | | |

| Case Count/ Offense No. | CT 5 | Charge | ASSAULT WITH INTENT TO MURDER | Art. | Sec. |
| Sentence | 20 years | ☐ Concurrent with ☐ Consecutive to Case Count Offense No | | |

| Case Count/ Offense No. | | Charge | | Art. | Sec |
| Sentence | | ☐ Concurrent with ☐ Consecutive to Case Count Offense No | | |

**SPLIT SENTENCE** All but [20 years] is/are suspended and the Defendant is placed on probation for a period
of [5 years] commencing upon release of Defendant from incarceration, either by means of
mandatory release or parole, whichever occurs first. A copy of the Order for Probation is attached.

The total time to be served is [20 years] and shall complete either A or B):

A. begin on [6/11/90] including [329] days credit for time served before sentencing (Art. 27, §638C)
and is to run concurrently with the sentence imposed in Case No. _____ and any other outstanding or
unserved sentence.

B. run consecutively to the sentence imposed in Case No. _____ and to any other outstanding or
unserved sentence and Defendant is to be given _____ days credit for time served before sentencing.

ADDITIONAL SENTENCING INFORMATION:

FILED

APR 24 1990

CLERK OF THE CIRCUIT COURT
[illegible]

☐ Commitment is for execution of previously suspended sentence after Defendant was found in violation of probation.
☐ Sentencing modification. This commitment supersedes commitment issued on: [illegible]

ATTACHMENTS HERETO INCLUDE: ☐ Additional Sentence(s): ☐ Order for Probation: ☑ Conditions of Parole:
☐ Order for Reimbursement of Public Defender: ☐ Other: MARYLAND SENTENCING GUIDELINES

TRULY taken from the record of this Court.
WITNESS my Hand and the Seal of said Court this date:
☐ Appeal Bond Set at $ _____

4/24/90/    rh    [signature] Clerk of Own Judge

Form No 4-3501a    Distribution  White — Custodian • Canary — Court File • Pink — Defendant

STATE OF MARYLAND - - - Prince George's County, Sct.:

I HEREBY CERTIFY THAT the aforegoing is a true copy of the docket entries in the above entitled case in the Circuit Court for Prince George's County and State of Maryland.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed the Seal of the Circuit Court for Prince George's County, Maryland, this ....*2nd*.... ........ day of ...*November*...., 19 *92*



Guthrie Ian

STATE USAGE

ALIASES

CONTRIBUTOR OF

SIGNATURE OF PERSON FINGERPRINTED

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE | SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

11.30.9  Cpl Mark Hail

CHARGE

DATE ARRESTED OR RECEIVED DOA

TOUR NO  OCA  A 2 9011667

FBI NO  FBI

SID NO  SID

SOCIAL SECURITY NO  SOC

FINAL DISPOSITION

CAUTION

DATE OF BIRTH DOB
Month  Day  Year
2-16-64

SEX: m  RACE  HGT: 5'10  WGT: 170  EYES: Brown  HAIR: Black  PLACE OF BIRTH POB  Jamaica

LEAVE BLANK

CLASS

REF

NCIC CLASS - FPC

1. R. THUMB
2. R. INDEX
3. R. MIDDLE
4. R. RING
5. R. LITTLE

6. L. THUMB
7. L. INDEX
8. L. MIDDLE
9. L. RING
10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB  R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

## WARRANT OF DEPORTATION

No. A29 011 667

To any Officer or Employee of the United States Immigration and Naturalization Service.

After due hearing before an authorized officer of the United States Immigration and Naturalization Service, and upon the basis thereof, an order has been duly made that the alien  Gathire, Jim

who entered the United States at  or near New York, New York

on or about   the   unknown    day of   November , 19 80, is subject to deportation under the following provisions of the laws of the United States, to wit:

Section 241(a)(2)(A)(iii) of the Immigration and Nationality Act
Section 241(a)(1)(A) of the Immigration and Nationality Act

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his direction, command you to take into custody and deport the said alien pursuant to law, at the expense of the appropriation, "Salaries and expenses of the Immigration and Nationality Act, 1997", including the expenses of an attendant, if necessary.

Signature: _____

Calvin McCormack
Title: Assistant District Director/DRO

Date: December 10, 1996

Place: Baltimore, Maryland

Form I-205
(Rev.11-29-79)N

WARRANT FOR DEPORTATION OF

Ian Guthrie
(Name of Deportee)

Deported at Port of   Baltimore Washington International Airport  on  13 January 1997
(port of departure from the U.S.)              (date of departure)

via   Air Jamaica Ltd.   (flight #40)
(manner of departure; identify airline or ship; if other, state: afoot, car, etc.)

Departure witnessed by: _____ DCO
(signature and title of officer)

If actual departure not witnessed, fully identify source or means of departure
verification: _____

_____

If self-deportation pursuant to 8CFR 243.5, check here ____

Officer Executing Warrant: _____ DEC
(signature and title)

Date Form Completed: _____ 1-13-97

Comments:

_____
(signature of person fingerprinted)

_____
(signature of official taking print)

right index print

Detention Enforcement Officer
(title of official taking print)

QUEUE TYPE:    PERSONAL            QUEUE NAME:  P34S
                                   MSG STATUS:  NACK
******************* TEXT OF MESSAGE *************** PAGE 02 ***************
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B     1964/02/16  507     145     BRO   BLK   JAMAICA

FINGERPRINT CLASS   PATTERN CLASS
18 11 09 07 08     RS RS RS RS RS LS LS LS WU LS
15 04 03 PM 05     WU            WU AU    LS
                   AU            AU

1-ARRESTED OR RECEIVED 1988/11/15
   AGENCY-SHERIFF'S OFFICE UPPER MARLBORO (MD0170000)
      AGENCY CASE-167944
      CHARGE 1-MURDER FIRST DEGREE

2-ARRESTED OR RECEIVED 1988/11/15A
   AGENCY-CO POL INFO SRV DIV HYATTSVILLE (MD0172100)
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

```
    QUEUE TYPE:    PERSONAL            QUEUE NAME:   P34S
                                       MSG STATUS:   NACK
    ******************** TEXT OF MESSAGE ***************  PAGE 03 ***************
         AGENCY CASE-150053
         CHARGE 1-1ST DEG MURDER
         CHARGE 2-ASLT W/I TO MURDER

    3-ARRESTED OR RECEIVED 1990/04/26
       AGENCY-RECEPTION CENTER BALTIMORE (MD004015C)
         AGENCY CASE-206408
         CHARGE 1-2ND DEG MURDER
         CHARGE 2-ASSAULT W/I TO MURDER

       COURT-
         CHARGE-2ND DEG MURDER
         SENTENCE-
         THIRTY YRS SUSP ALL BUT 20 YRS
         CHARGE-ASSAULT W/I TO MURDER
    MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                               PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
    USE PF KEYS TO CONTINUE
    (PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

QUEUE TYPE:    PERSONAL          QUEUE NAME:  P34S
                                MSG STATUS:  NACK
****************** TEXT OF MESSAGE *************** PAGE 04 ***************
    SENTENCE-
    TWENTY YRS CC TOTAL SENTENCE TWENTY YRS

ADDITIONAL CRIMINAL HISTORY RECORD INFORMATION IS MAINTAINED BY THE
FOLLOWING STATES(S):
NEW JERSEY -STATE ID/NJ493466B

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

END OF RECORD

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:    PERSONAL          QUEUE NAME:   P34S
                                 MSG STATUS:   NACK
******************** TEXT OF MESSAGE *************** PAGE 01 ***************
FROM NLETS  ON 07/11/00 AT 09:08:07

CR.NJIII0000
06:07 07/11/2000 02286
06:07 07/11/2000 01795 FLINS26T8
*CQUP34S252
TXT
HDR/2L01CQUP34S25200252
ATN/LEAR
THIS RECORD IS BASED ON THE SID NUMBER IN YOUR REQUEST-SID/NJ493466B

          NEW JERSEY CRIMINAL HISTORY DETAILED RECORD

USE OF THIS RECORD IS GOVERNED BY FEDERAL AND STATE REGULATIONS.
UNLESS FINGERPRINTS ACCOMPANIED YOUR INQUIRY, THE STATE BUREAU OF
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

```
QUEUE TYPE:    PERSONAL        QUEUE NAME:  P34S
                              MSG STATUS:   NACK
    ******************* TEXT OF MESSAGE *************** PAGE 02 ***************
IDENTIFICATION CANNOT GUARANTEE THIS RECORD RELATES TO THE PERSON WHO IS
THE SUBJECT OF YOUR REQUEST. USE OF THIS RECORD SHALL BE LIMITED SOLELY TO
THE AUTHORIZED PURPOSE FOR WHICH IT WAS GIVEN AND IT SHALL NOT BE
DISSEMINATED TO ANY UNAUTHORIZED PERSONS. TO ELIMINATE A POSSIBLE
DISSEMINATION VIOLATION, AND TO COMPLY WITH FUTURE EXPUNGEMENT ORDERS,
THIS RECORD SHALL BE DESTROYED *IMMEDIATELY* AFTER IT HAS SERVED ITS
INTENDED AND AUTHORIZED PURPOSES. ANY PERSON VIOLATING FEDERAL OR STATE
REGULATIONS GOVERNING ACCESS TO CRIMINAL HISTORY RECORD INFORMATION
MAY BE SUBJECT TO CRIMINAL AND/OR CIVIL PENALTIES.   THIS RECORD IS
CERTIFIED AS A TRUE COPY OF THE CRIMINAL HISTORY RECORD INFORMATION
ON FILE FOR THE ASSIGNED STATE IDENTIFICATION NUMBER.

STATE ID NO. 493466B      FBI NO. 383280JA8    DATE REQUESTED. 07/11/2000
NAME: GUTHRIE, IAN O.

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                        PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

QUEUE TYPE:    PERSONAL          QUEUE NAME:   P34S
                                 MSG STATUS:   NACK
****************** TEXT OF MESSAGE *************** PAGE 03 ***************
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B     02/16/1964   507     145    BRO   BLK   JM

RECEIVING AGENCY: FLINS26T8  U.S. CITIZEN: UNKNOWN

FPC: 1811090807140404PM06  AFIS NO: 997606          III: MULTI STATE

************************** ARREST 001 ******************************
ARRESTED 06/18/1988   AGENCY CASE NO:  A14088500
     AGENCY: NJNSP3200   SP WOODSTOWN                     SALEM
     001 CNT  NJ2C35-10A4      MARIJUANA-POSSESS

SUMMONS/WARRANT                         PROMIS/GAVEL NO:
NO: S878011                             DISPOSITION DATE: 03/22/1990
AGENCY: NJ017141J                       CARNEY'S POINT MUN CT
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                              PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:    PERSONAL          QUEUE NAME:  P34S
                                 MSG STATUS:   NACK
****************** TEXT OF MESSAGE *************** PAGE 04 ***************

DISPOSITION: DISMISSED
001  CNT: NJ2C35-10A4      DEG:        MARIJUANA-POSSESS

*************************************************************************
DEPARTMENT OF CORRECTIONS DATA NOT FOUND FOR THIS SID NUMBER
*************************************************************************


    CRIMINAL HISTORY DIVERSION PROGRAM AND FELONY CONVICTION SUMMARY

                    PRE-TRIAL INTERVENTION: 000
                    CONDITIONAL DISCHARGE:  000
                    FELONY CONVICTIONS:     000
                    VIOLATION OF PROBATION: 000
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                         PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

SELECT AND COMPLETE ONE LINE

1. RECEIPT NBR:

2. BENEFICIARY/APPLICANT
   NAME (LAST): GUTHRIE                              (FIRST): IAN
   BIRTH DATE:              (MMDDCCYY)

3. PETITIONER
   NAME (LAST):                                     (FIRST):

4. SPONSOR (I-864 INQUIRY ONLY)
         SSN:


DC997986     NO RECEIPTS FOUND FOR THE BENEFICIARY/APPLICANT'S NAME AS ENTERED
         PF3          PF6          PF8
         CANCEL       MAIN MENU    LOGOFF