| | | | |
|---|---|---|---|
| DEFT: | IAN OLIVER GUTHRIE (J)# | CASE NO: | 00-6201-CR-Dimitrouleas |
| AUSA: | Tom Lanigan /VonChase | ATTNY: | FPD Welcox for Bidwell |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING | BOND REC: | 500,000 CSB w/Nebbia |

BOND HEARING HELD - yes (no)   COUNSEL APPOINTED: _____

BOND SET @ _$500,000 Corp Surety w/ nebbia_

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

FILED by ___ D.C.
AUG 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

No Bond hrg held
Both sides stipulate
to a $500,000 CSB
w/ nebbia — both
sides reserving right
to proceed w/ PTD
hearing at a later
date.

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |
| DATE: 8-9-000 | TIME: 11:00AM  9:30am | TAPE # 00-065 | PG # 12 |

1818-1870