HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
AUG 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __ORVILLE BUCHANAN_____ CASE NO: ~~00-6203-CR-ZLOCH~~
AUSA __JEFFREY KAPLAN__ *Powell*  ATTY __FPD__ *Farnsworth,*  00-04:
*for Pat Hunt*
*Disc out - no pending* @ 1392
*motions - possible plea*

DEFT __IAN OLIVER GUTHRIE_____ CASE NO: __00-6201-CR-DIMITROULEAS__ ✓
AUSA __THOMAS LANIGAN__ *Powell*  ATTY __FPD__ — *Farnsworth for*
*Disc out - no pending motion*  *Bidwell*
*possible plea - trial 9/5*  @ 1419
DEFT *motions due Aug 31*_____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __8-17-00_____ TIME __11:00_____