UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6201-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       :

    Plaintiff,                  :

v.                              :

IAN OLIVER GUTHRIE,             :

    Defendant.                  :
_____

### STATUS REPORT

A status conference was held in this cause on August 17, 2000. At that conference, the parties informed the Court as follows:

    1. The Government's response to the Standing Discovery Order was filed, but counsel for the defendant has not received the discovery materials. The Government shall furnish counsel with discovery no later than August 18, 2000.

    2. Counsel for the defendant shall have until August 31, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 21st day of August, 2000.

                                     LURANA S. SNOW
                                     UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Lanigan (FTL)
AFPD Martin Bidwell (FTL)

