**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6201-CV-WPD    DATE: September 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Dan Oliver Guthrie

U.S. ATTORNEY: Thomas Finnigan    DEFT. COUNSEL: Melvin Bidwill

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Case to be resolved by way of plea. Court grants deft's motion to continue. Court resets case & finds that the time from today until trial is deemed excludable.

CASE CONTINUED TO: 9/11    TIME: 9:00    FOR: trial period
MISC: 9/8    9:00    Cal. Call.

