UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

> FILED by _____ D.C.
>
> **SEP 1 2000**
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
Plaintiff,

CASE NO. 00-6201-CR-DIMITROULEAS

vs.

**ORDER GRANTING CONTINUANCE**

IAN OLIVER GUTHRIE

Defendant.
_____/

This matter having come before the Court on September 1, 2000 on Defendant's Motion

to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial

calendar commencing September 11, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case

may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on

**September 8, 2000, at 9:00** A.M. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed

excludable in computing the time within which the trial of this case must commence pursuant to

Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by

continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this _____ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:    Thomas Lanigan, AUSA
       Martin Bidwill, AFPD

