**CRIMINAL MINUTES**

FILED by /tl/ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6201-CR-WPD  DATE: September 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  vs.  Ian Oliver Guttine

U.S. ATTORNEY: Vernon Kanigan  DEFT. COUNSEL: Martin Bidwill

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1. Gov't agrees to dismiss Count 2 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 11/17/00  TIME: 3:00  FOR: Sentencing

MISC: Written plea agreement filed.

