**CRIMINAL MINUTES**

FILED by ___ D.C.

NOV 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6201-CR-WPD          DATE:   November 17, 2000

COURTROOM CLERK:  Amy Jordan          COURT REPORTER: Anita LaRocca

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     IAN OLIVER GUTHRIE (J)

U.S. ATTORNEY: _Thomas Lanigan_     DEFT. COUNSEL: _Martin Bidwill_

REASON FOR HEARING: _SENTENCING_

RESULT OF HEARING: 46 months imprisonment
3 years S.R. - After release
if deported non-reporting.
must report to INS
Fine Waived
$100.00 Special Assessment.
10 days w/in to Appeal.
Judge recommends BOP - Facility in Florida.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Count 2 dismissed.