UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



ERROR IN DOCKETING

PLEADING NUMBER SKIPPED

CASE NUMBER: 00-6201 CR WPD

SKIPPED PLEADING NUMBER: 25

DOCKET CLERK INITIALS: LH