PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 64854

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6201-CR-DIMITROULEAS</u>

FILED by _____ D.C.

APR 26 2004

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: GUTHRIE, Ian Oliver

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Judge, Fort Lauderdale, Florida

Date of Original Sentence: November 17, 2000

| | |
|---|---|
| Original Offense: | Attempting to Re-enter the United States After Deportation, in violation of 8 U.S.C. § 1326(b), a Class C felony |
| Original Sentence: | Forty-six (46) months custody of the Bureau of Prisons, followed by three (3) years supervised release. Special Condition that the defendant shall surrender himself to the Immigration and Naturalization Services for deportation proceedings. If deported, the defendant shall not re-enter the United States without the express permission of the United States Attorney General. The term of supervision shall be non-reporting if the defendant resides outside the United States. If the defendant should re-enter the United States within the term of supervised release, the defendant is to report to the nearest United States Probation Office within 72 hours of his or her arrival. |

Type of Supervision: Supervised Release        Date Supervision Commenced: November 19, 2003

Assistant U.S. Attorney:                        Defense Attorney:  
Thomas Lanigan                                  Martin Bidwell

## PETITIONING THE COURT

[X]  To issue a warrant  
[]   To issue a summons

PROB 12C                                                                 SD/FL PACTS No. 64854
(SD/FL 9/96)

Name of Offender: GUTHRIE, Ian Oliver    Case Number  00-6201-CR-DIMITROULEAS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to report to the probation office as directed by the probation office. On March 18, 2004, the defendant was released from the custody of the Maryland Department of Corrections following sentencing on a Violation of State Parole and the defendant failed to report within 72 hours of his release. |
| 2. | **Violation of Standard Condition,** by failing to report to the probation officer as directed. On March 19, 2004, the defendant was instructed to report to the Southern District of New York, U.S. Probation Office on March 19, 2004, and he failed to comply. |
| 3. | **Violation of Standard Condition,** by failing to report to the probation officer as directed. On March 19, 2004, the defendant was instructed to report to the Southern District of New York, U.S. Probation Office on March 23, 2004, and he failed to comply. |
| 4. | **Violation of Standard Condition,** by failing to report to the probation officer as directed. On March 23, 2004, the defendant was instructed to report to the Southern District of New York, U.S. Probation Office on March 26, 2004, and he failed to comply. |
| 5. | **Violation of Standard Condition,** by failing to report to the probation officer as directed. On March 23, 2004, the defendant was instructed to report to the Southern District of New York, U.S. Probation Office on April 2, 2004, and he failed to comply. |
| 6. | **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about April 19, 2004, the defendant moved from his approved residence of 3647 Broadway, Apt. 7-A, New York, New York and his whereabouts is unknown. |

PROB 12C                                                              SD/FL PACTS No. 64854
(SD/FL 9/96)

Name of Offender: GUTHRIE, Ian Oliver    Case Number  00-6201-CR-DIMITROULEAS

U.S. Probation Officer Recommendation:

        The term of supervision should be
[X]    revoked.
[]    extended for _ years, for a total term of _ years.

[]    The conditions of supervision should be modified as follows:

                                    Respectfully submitted,

                          by

                                  Lynette G. Herrera
                                  U.S. Probation Officer
                                  Phone: (305) 808-6453
                                  Date: April 22, 2004

---

THE COURT ORDERS:

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision

                                  Signature of Judicial Officer

                                  April 26, 2004
                                  Date