PROB 19a                                                                                       SD/FL PACTS No. 64854

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6201 CR-DIMITROULEAS</u>

FILED by ___ D.C.
APR 26 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S.A. vs GUTHRIE, Ian Oliver

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Ian Oliver Guthrie | Male | Black | 40 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 3647 Broadway, Apt. 7-A, New York, NY |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida | November 17, 2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| The Honorable William P. Dimitrouleas, U.S. District Judge, Miami, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | April 26, 2004 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| **Warrant received and executed.** | | |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| |
| |

| NAME | (BY) | DATE |
|---|---|---|
| | | |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."